IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY KANOWICZ, | No. 4:20-CV-00584 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

**AND NOW**, this 5th day of November 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, Doc. 7 is **GRANTED**.

2. The case is **DISMISSED** and the Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge